### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JONATHAN LEE,<br><br>   Plaintiff,<br><br>v.<br><br>TRIPPE MANUFACTURING CO.,<br><br>   Defendant. | Case No. 20-cv-2505<br><br>Hon. Harry D. Leinenweber |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.17, the undersigned attorney of record for Defendant Trippe Manufacturing Co. hereby moves this Court for leave to withdraw his appearance for Defendant, as he is departing the law firm of Neal, Gerber & Eisenberg LLP. Defendant will continue to be represented by Chad W. Moeller of Neal, Gerber & Eisenberg LLP.

Dated: March 10, 2021

Respectfully submitted,

By: /s/ *David G. Weldon*
    David G. Weldon

David G. Weldon (dweldon@nge.com)
NEAL GERBER & EISENBERG LLP
2 N. LaSalle Street, Suite 1700
Chicago, Illinois 60602
(312) 269-8000

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, a copy of the foregoing ***Motion to Withdraw Appearance*** was filed electronically. Service of this filing will be made by operation of the court's electronic filing system.

*/s/ David G. Weldon*
David G. Weldon

31770660.1