**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JONATHAN LEE,<br><br>      Plaintiff,<br><br>  v.<br><br>TRIPPE MANUFACTURING CO.,<br><br>      Defendant. | Case No. 20-cv-2505<br><br>Hon. Harry D. Leinenweber |

### JOINT STATUS REPORT

In accordance with the Court's Order dated July 27, 2021 [Dkt. 25], the parties submit this Joint Status Report:

Plaintiff, a former employee of Defendant, filed suit on April 23, 2020, alleging that Defendant violated federal and state law by failing to pay him overtime and other wages and by terminating his employment in retaliation for complaining about his pay.

No discovery or dispositive motion deadlines have been entered by the Court.

The parties have completed written discovery. Defendant noticed Plaintiff's deposition for Friday, August 6, 2021, but on Thursday, August 5, 2021, the day before the deposition, Plaintiff's counsel cancelled the deposition, and later that day, he filed a Motion to Withdraw as Counsel. [Dkt. 27] On August 10, 2021, Defendant filed, in a single pleading, a motion to dismiss Plaintiff's Complaint pursuant to Rules 37 and 41 and an opposition to Plaintiff's counsel's Motion to Withdraw. [Dkts. 28 and 29]

All of the foregoing motions are still pending and will be heard by the Court on September 8, 2021, at 9:15 a.m. In light of the pending motions, the parties do not propose oral discovery or dispositive motion cut-off dates at this time.

The parties discussed the prospect of settlement during the early stages of this litigation, but such discussions were not fruitful.

Respectfully submitted,

| | |
|---|---|
| */s/ Chad W. Moeller* | */s/ Shannon D. McDonald* |
| Chad W. Moeller | Shannon D. McDonald |
| Corinne N. Biller | Christopher M. Kloth |
| Neal Gerber & Eisenberg LLP | McDonald & Kloth LLC |
| 2 N. LaSalle Street, Suite 1700 | 20 N. Clark Street, Suite 3300 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| cmoeller@nge.com | sdm@themklaw.com |
| cbiller@nge.com | cmk@themklaw.com |
| (312) 269-8000 | (414) 403-2161 |
| | |
| *Counsel for Trippe Manufacturing Co.* | *Counsel for Jonathan Lee* |
| | |
| Dated: August 26, 2021 | Dated: August 26, 2021 |