# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jonathan Lee

                                             Plaintiff,

v.                                                                              Case No.: 1:20–cv–02505
                                                                             Honorable Harry D. Leinenweber

Trippe Manufacturing Company

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 8, 2021:

       MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic ruling on motion hearing held. Motion to withdraw as attorney [27] is Motion to dismiss for lack of prosecution [28] is granted. This case is dismissed for want of prosecution. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.